IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| LAURALEE TALLENT, | Civil No. C09-0234-MJP-MAT |
|---|---|
| Plaintiff, | |
| v. | ~~PPROPOSED~~ ORDER AMEND ING THE BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

• the Defendant shall have up to and including August 31, 2009, to file Defendant's response to Plaintiff's Opening Brief; and

• Plaintiff shall have to and including September 14, 2009, to file an optional Reply Brief.

DATED this 21st day of July, 2009.

s/ J. Kelley Arnold
for: Mary Alice Theiler
United States Magistrate Judge

Presented By:
s/ WILLY M. LE
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075
Telephone: (206) 615-2680
FAX: (206) 615-2531
Willy.Le@ssa.gov

Page 1    Order - [Civil No. C09-0234-MJP-MAT]